UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Darlene Esposito,

          Plaintiff,      Case No. 23-10619

v.                              Judith E. Levy
                              United States District Judge

Midland Credit Mgmt. Inc.,

                              Mag. Judge Elizabeth A.
         Defendant.    Stafford

_____/

## ORDER DENYING PLAINTIFF'S MOTION [7] AS MOOT

On or about March 11, 2023, Plaintiff Darlene Esposito, proceeding pro se, filed the complaint in this case against Defendant Midland Credit Mgmt. Inc. (ECF No. 1.) On May 16, 2023, the Court entered an order summarily dismissing Plaintiff's complaint with prejudice for failure to state a claim. (ECF No. 5.) The Court entered a corresponding judgment the same day. (ECF No. 6.)

On or about August 29, 2023, Plaintiff mailed a motion to voluntarily dismiss this case pursuant to Federal Rule of Civil

Procedure 41,[1] which was docketed by the Clerk's Office on September 5, 2023. (ECF No. 7.) However, because the Court has already dismissed the case with prejudice (*see* ECF Nos. 5, 6), there is nothing remaining to dismiss under Rule 41. Accordingly, Plaintiff's motion to voluntarily dismiss this case is **DENIED** as **MOOT**.

IT IS SO ORDERED.

Dated: November 27, 2023          s/Judith E. Levy
Ann Arbor, Michigan               JUDITH E. LEVY
                                  United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 27, 2023.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

---

[1] Plaintiff's motion cites to "Rule 41(b)," which concerns involuntary dismissals when "the plaintiff fails to prosecute or to comply with these rules or a court order." Fed. R. Civ. P. 41(b). Because Plaintiff is proceeding *pro se*, the Court construes Plaintiff's motion as a motion for voluntary dismissal under Rule 41(a).